[No. 15378-1-I.   Division One.   July 14, 1986.]

THE STATE OF WASHINGTON, *Respondent*, v. SHAWN MARCUS CALIBUSO, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 84-8-01943-5, Jack Richey, J. Pro Tem., entered August 16, 1984. *Reversed* and *remanded* by unpublished opinion per Williams, J., concurred in by Grosse and Webster, JJ.

[No. 14569-0-I.   Division One.   July 14, 1986.]

FRANK W. BAGLEY, *Appellant*, v. THE DEPARTMENT OF LICENSING, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 82-2-09836-1, William C. Goodloe, J., entered March 9, 1984. *Affirmed* by unpublished opinion per Williams, J., concurred in by Scholfield, C.J., and Coleman, J.

[No. 15014-6-I.   Division One.   July 14, 1986.]

THE STATE OF WASHINGTON, *Respondent*, v. CHERRISE HARRIS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 84-1-00549-8, James D. McCutcheon, Jr., J., entered June 19, 1984. *Reversed* and *remanded* by unpublished per curiam opinion.